# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>TINA WALLACE,<br><br>            Defendant. | Case No. 1:16-po-00255-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS PETITION FOR VIOLATION OF PROBATION<br><br>(ECF No. 18) |

    Having considered Defendant's unopposed motion to dismiss the petition for violation of probation (ECF No. 18), IT IS HEREBY ORDERED that the motion is DENIED.

IT IS SO ORDERED.

Dated: __July 31, 2025__

                                            STANLEY A. BOONE
                                            United States Magistrate Judge